NELIGH *v.* BRADFORD.

## Neligh v. Bradford.

1. THE RELEASE of one of several joint obligors operates a release of all.

This was an action brought in the District Court for Otoe county, upon an instrument in the following words :

"Whereas, William Neleigh has this day sold to us the following described property, to wit : The one-half of the southwest quarter, and the one-half of the northwest quarter of section number six, and the one-half of the northwest quarter, and the one-half of the southwest quarter of section seven, and his interest in the fractional parts of said section, all in township number nine, north of range number fourteen east, and the one-half of the southeast quarter of section twelve, and the one-half of the southeast quarter of section number one, in township number nine, range thirteen east of the sixth principal meridian, Nebraska Territory, for which we agree to pay him sixteen thousand dollars, in manner following, to wit : One-fourth in twelve months from this date, and one-fourth in eighteen months from this date, and one-fourth in thirty months from this date, all of the payments to be upon interest at the rate of ten per cent after the first six months, in the following proportion amongst ourselves, to wit : Allen A. Bradford, two thousand dollars ; S. F. Nicholls, four thousand dollars ; Jacob Dawson, four thousand dollars ; William E. Pardee, two thousand dollars ; Jacob Safford, four thousand dollars.

Given this 22d day of April, A. D. 1857.

(Signed)              ALLEN A. BRADFORD.
                          S. F. NICHOLLS.
                            By H. Nicholls.
                          W. E. PARDEE.
                          JACOB SAFFORD.
                          JACOB DAWSON.

Upon delivery to me, William Neleigh, of a good title in

NELIGH v. BRADFORD.

fee from Jacob Safford, for the interest and title of the said Jacob and John Safford, to their share of the lots in and by virtue of their purchase of the foregoing property, a credit of four thousand dollars in full, as said Safford's interest, is hereby entered on this contract, releasing the said Jacob Safford from all further liability on this contract.

    (Signed)                  WM. NELEIGH."

The defendant's demurred as follows :

1. " That the petition shows that there is no cause of action against said defendants.

2. That petition shows that there is no cause of action against either one of said defendants.

3. That petition on its face shows that whatever cause of action may have at any time have existed against said defendants, the same is shown to be released by the plaintiff.

4. The release mentioned in said petition to the said Jacob Safford is a release of all said defendants.

5. That there is a defect of parties defendant, for the reason that Jacob Safford is a necessary party to this suit, and said petition shows that there is no cause of action against him."

Judgment was given in favor of the defendants on the demurrer and the petition dismissed. The plaintiff brought the cause here by petition in error.

*W. H. Taylor*, for plaintiff in error.

*O. P. Mason*, contra.

The court, by LOCKWOOD, J., held that the release of Safford released all the other defendants, and that notwithstanding the apportionment between them of the amount each was to pay, they were joint obligors.

                       Judgment affirmed.